UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: HOWARD KING, | ) | CASE NO. 17-55046-JRS |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| | ) | JUDGE SACCA |

**VOLUNTARY DISMISSAL UNDER SECTION 1307(b)**

Comes now **Howard King**, Debtor in the above styled case, and files this Voluntary Dismissal of his chapter 13 case and in support thereof, the Debtor states as follows:

1.

Under Section 1307(b) of the United States Bankruptcy Code, the debtor is entitled to have this Chapter 13 case dismissed at any time, and the debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, the Debtor pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

This 21st day of October, 2018.

                                          Respectfully submitted,

                                          /s/ Talitha S. Fleming
                                          Talitha S. Fleming
                                          Attorney for Debtor
                                          GA Bar No. 101022
                                          T. Fleming & Associates, LLC
                                          4751 Best Road, Suite 180
                                          Atlantat, Georgia 30337
                                          (770) 220-7220 (Phone)
                                          (770) 220-7221 (Fax)
                                          tfleming@flemingbk.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:  Howard King, | ) | CASE NO. 17-55046-JRS |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| | ) | JUDGE SACCA |

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this day I served a copy of the within Debtor's Voluntary Dismissal Under Section 1307(b) by mail at the following address:

Nancy J Whaley

Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

Howard King
Debtor
2028 Briar Creek Court NE
CONYERS, GA 30012

All interested creditors on the attached matrix.

This 21st day of October, 2019                Respectfully submitted,

/s/  Talitha S. Fleming
Talitha S. Fleming
Attorney for Debtor
GA Bar No. 101022
T. Fleming & Associates, LLC
4751 Best Road, Suite 180
Atlanta, Georgia 30337
(770) 220-7220 (Phone)
(770) 220-7221  (Fax)
tfleming@flemingbk.com



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: HOWARD KING, | ) | CASE NO. 17-55046-JRS |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| | ) | JUDGE SACCA |

I hereby certify that I am voluntarily dismissing my Chapter 13 Bankruptcy Case. I understand that if a Motion for Relief from Stay of any sort has been filed in my case, I will not be able to file another Chapter 13 or Chapter 7 bankruptcy case for 180 days from the date of the Dismissal Order that lists debts involved in the Motion for Relief of Stay and probably not under any circumstances.

October 21, 2019

/s/ Howard King

